WILLIAM A. SIMS *vs.* MAYOR OF THE CITY OF BOSTON.

Suffolk.    March 9, 1906. — April 3, 1906.

Present : KNOWLTON, C. J., MORTON, LATHROP, LORING, & BRALEY, JJ.

*Boston.    Municipal Corporations.    Mandamus.    Veteran.*

A petition by a veteran for a writ of mandamus directing his reinstatement as janitor of a police station in Boston, alleging his removal from that employment without a hearing as required by R. L. c. 19, § 23, cannot be maintained against the mayor of that city, as by St. 1885, c. 323, § 4, the control of all buildings used for the police of that city is given to the board of police.

PETITION, filed August 7 and amended September 19, 1905, against the mayor of Boston, alleging that the petitioner was a veteran of the Civil War within the meaning of R. L. c. 19, § 20 ; that for a long time before and up to April 15, 1904, he was employed as a janitor of police station No. 5 in the city of Boston ; and that he was discharged from his position as janitor by the captain of that station on April 15, 1904, without his consent and without any charges against him having been filed with the mayor of the city, or any hearing before the mayor as required by R. L. c. 19, § 23 ; praying that a writ of mandamus might issue directed to the mayor of Boston ordering him to reinstate the petitioner as janitor of police station No. 5.

The case came on to be heard before *Braley*, J., who reserved it upon the petition as amended, the answer and agreed facts for determination by this court, such order to be entered as justice might require.

*B. F. Briggs*, for the petitioner.

*S. M. Child*, for the respondent, was not called upon.

LORING, J.   The contention of the petitioner is that until a hearing has been had under R. L. c. 19, § 23, he is *de jure* the janitor of police station No. 5, and is entitled to a writ of mandamus directing his reinstatement.

Such a writ should be brought against the police board, to whom the control of police stations is given by St. 1885, c. 323, § 4, and whose duty it would be to reinstate the petitioner if his contention is right.   See in this connection *Ham* v. *Boston Board of Police*, 142 Mass. 90.

*Petition dismissed.*